UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 13 CR 105 -2 |
| v. | ) | |
| | ) | Judge Ronald A. Guzman |
| CHINYERE ALEX OGOKE | ) | |

## PROTECTIVE ORDER

Upon the motion of the United States for a protective order pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, it is hereby ordered as follows:

All materials produced by the government in connection with this case, and all other investigative materials and reports disclosed by the government, may be utilized by defendant Chinyere Alex Ogoke and his counsel solely in connection with the defense of this case and for no other purpose and in connection with no other proceeding. The materials and their contents, and any notes, records or copies of any kind that defense counsel or the defendant Ogoke may make relating to the contents of materials provided by the government shall not be disclosed either directly or indirectly, verbally or in writing, to any person or entity other than defendant Ogoke, his counsel, such other persons as are reasonably employed by them as may be necessary to prepare a defense, or such other persons as to whom the Court may authorize disclosure. Any filing in this matter should not contain personal identifying information in either the substantive filing or in any attachment to the filing.

2. Intentional violation of this Order is punishable as a contempt, and may result in the imposition of civil and criminal sanctions. However, nothing contained in this protective order shall preclude any party from applying to the Court for further relief or for modification of any provision hereof.

ENTER:

Ronald W. Guzman, Judge
United States District Court

DATED: 3/4/2013