✎ AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

*[signature]*
Signature of Judge

Name of Judge             Title of Judge

Date